ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRISTHIAN OMAR ARCHAGA-AYESTAS, <br><br> Defendant. | NO.: 4:23-mj-70884-MAG <br><br> MOTION FOR SEALING ORDER |

The United States, by and through its counsel, Assistant United States Attorney DANIEL N. KASSABIAN, moves this Court for an order sealing the government's application for a sealing order, the sealing order, criminal complaint, arrest warrant, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, with

//

1 | the Drug Enforcement Administration.
2 | DATED: June 19, 2023                    Respectfully submitted,
3 |                                         ISMAIL J. RAMSEY
4 |                                         United States Attorney
5 |                                                /s/
  |                                         DANIEL N. KASSABIAN
6 |                                         Assistant United States Attorney