```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA A. BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  DANIEL N. KASSABIAN (CABN 215249)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone:    (415) 436-7034
 7      Fax:          (415) 436-7234
        daniel.kassabian@usdoj.gov
 8
    Attorneys for United States of America
 9
```

FILED

Jan 17 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 23-00201-YGR |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) **SENTENCING HEARING FROM** |
| ELBIN SALVADOR ARCHAGA-AYESTAS, | ) **FEBRUARY 6, 2025 TO MARCH 20, 2025** |
| Defendant. | ) |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Elbin Salvador Archaga-Ayestas, and requested by them that the sentencing hearing scheduled for FEBRUARY 6, 2025 be vacated and RESET to MARCH 20, 2025 at 2:00 p.m. for the reason set forth below. The U.S. Probation Office ("USPO") concurs with this request.

At the change of plea hearing on November 7, 2024, the Court set the sentencing hearing for February 6, 2025 at 2:00 p.m. [ECF 53]. The timing allowed for the USPO and defense counsel to meet with Mr. Archaga-Ayestas for his interview, as required by Fed. R. Crim. P. 32(c)(2), as a prerequisite for the USPO to prepare and complete a Pre-Sentence Investigation Report ("PSR") pursuant to Crim. L.R. 32-4 and 32-5. Since then, however, the United States Marshall Service ("USMS") transported Mr. Archaga-Ayestas and other in-custody defendants from Santa Rita Jail to Taft Correctional Institution

STIP & ORDER TO CONTINUE SENTENCING HEARING
Case No. CR 23-00201-YGR                    1

with the aim of offering more video-conferencing availability with those defendants. But in doing so, USMS unintentionally created conflicts with the USPO's and defense counsel's schedule to conduct the defendant's interview in this case, thereby preventing the PSR's completion before the current sentencing hearing. Consequently, the parties now request to reschedule the sentencing hearing to March 20, 2025 to accommodate the additional time needed to interview Mr. Archaga-Ayestas and for USPO to prepare the PSR.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 17, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

/s/
K. ALEXANDRA MCCLURE
Counsel for Defendant
ELBIN SALVADOR ARCHAGA-AYESTAS

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing scheduled for FEBRUARY 6, 2025 is VACATED and RESET to MARCH 20, 2025 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 17, 2025

HON. YVONNE GONZALEZ ROGERS
United States District Judge

2066-2091-8275, v. 1